6/11/24  6:49AM

| **Fill in this information to identify your case:** |
|---|
| United States Bankruptcy Court for the: |
| EASTERN DISTRICT OF NEW YORK |
| Case number *(if known)* _____ Chapter __11__ |

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| **1.** | **Debtor's name** | **IDL Communications and Electric, Inc.** |
| **2.** | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number** (EIN) | **11-3637659** |

| | | | |
|---|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business** **775 4th Avenue** **Brooklyn, NY 11232** Number, Street, City, State & ZIP Code **Kings** County | **Mailing address, if different from principal place of business** _____ P.O. Box, Number, Street, City, State & ZIP Code **Location of principal assets, if different from principal place of business** _____ Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website** (URL) | _____ |
| **6.** | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) ☐ Partnership (excluding LLP) ☐ Other. Specify: _____ |

6/11/24 6:49AM

Debtor  **IDL Communications and Electric, Inc.**  Case number (*if known*)
         Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

___**2382**___

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the A*ttachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

| Debtor | **IDL Communications and Electric, Inc.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| Debtor | | Relationship | |
|---|---|---|---|
| District | | When | Case number, if known |

**11. Why is the case filed in *this district?***

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
  What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes.  Insurance agency
          Contact name
          Phone

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

■ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

6/11/24 6:49AM

Debtor **IDL Communications and Electric, Inc.** Case number (*if known*) _____
      <sub>Name</sub>

☐ $50,001 - $100,000      ☐ $10,000,001 - $50 million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000      ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million      ☐ More than $50 billion

Debtor  IDL Communications and Electric, Inc.                    Case number (if known) _____
        Name

**Request for Relief, Declaration, and Signatures**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  06/11/2024
             MM / DD / YYYY

X /s/ Paul Vieira                              Paul Vieira
Signature of authorized representative of debtor    Printed name

Title  President

**18. Signature of attorney**

X /s/ Heidi J. Sorvino                         Date  6/20/2024
Signature of attorney for debtor                     MM / DD / YYYY

Heidi J. Sorvino
Printed name

White and Williams LLP
Firm name

7 Times Square
Suite 2900
New York, NY 10036
Number, Street, City, State & ZIP Code

Contact phone  212.631.4417    Email address  sorvinoh@whiteandwilliams.com

Bar number and State

WHITE AND WILLIAMS LLP
Heidi J. Sorvino, Esq.
James C. Vandermark, Esq.
Jon T. Powers, Esq.
7 Times Square, Suite 2900
New York, NY 10036
Tel: (212) 244-9500
Fax: (212) 244-6200
Email: sorvinoh@whiteandwilliams.com
Email: vandermarkj@whiteandwilliams.com
Email: powerst@whiteandwilliams.com

*Proposed counsel to IDL Communications and Electric, Inc.*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

In re:

Case No. 24 - (___) (XXX)

IDL COMMUNICATIONS AND ELECTRIC, INC., Chapter 11

Debtor.

## DECLARATION OF PAUL VIEIRA

I, Paul Vieira, under penalty of perjury and pursuant to 28 U.S.C. § 1746, hereby declare and state as follows:

1. Pursuant to section 1116(1)(B), no current balance sheet, statement of operations, or cash-flow statement exists for IDL Communications and Electric, Inc (the "**Debtor**") and thus, is unavailable to file with the petition in this chapter 11 bankruptcy proceeding. The Debtor reserves the right to file a supplement to the petition to provide a balance sheet, statement of operations, or a cash-flow statement.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]
☐

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge and belief.

Dated: June 20, 2024

*[signature]*
Paul Vieira
President
IDL Communications and Electric Inc.

# CERTIFICATE OF CORPORATE RESOLUTION OF
## IDL Communications and Electric, Inc.
(A New York Corporation)

The members of Board of Directors (the "**Board**") of IDL Communications and Electric, Inc. (the "**Corporation**"), acting pursuant to Section 708(b) of the New York Business Corporation Law and the bylaws of the Corporation, hereby waive the calling or holding of a meeting of the Board, consent to the following action and to the adoption of the following resolutions:

**WHEREAS**, the Board of the Corporation has reviewed the materials presented by the management and the advisors of the Corporation regarding the liabilities and liquidity situation of the Corporation, the strategic alternatives available to it, and the impact of the foregoing on the Corporation's business;

**WHEREAS**, the Board of the Corporation has had the opportunity to consult with the management and the advisors of the Corporation and fully consider each of the strategic alternatives available to the Corporation;

**WHEREAS**, the Board desires to approve the following resolutions which are authorized by the laws of state of New York and not prohibited by the bylaws of the Corporation;

**NOW, THEREFORE BE IT:**

**RESOLVED**, that in the judgment of the Board of the Corporation, it is desirable and in the best interests of the Corporation, its creditors and other parties in interest, that the Corporation file or cause to be filed a voluntary petition for relief under the provisions of chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101, et seq. (the "**Bankruptcy Code**"); and

**RESOLVED**, that Paul Vieira (the "**Authorized Officer**"), acting alone or with one or more other officers or agents of the Corporation be, and hereby is, authorized and empowered to execute and file on behalf of the Corporation all petitions, schedules, lists, motions, applications, pleadings and other papers or documents as necessary to commence the case and obtain relief under chapter 11 of the Bankruptcy Code, and to take any and all further acts and deeds that they deem necessary, proper and desirable in connection with the chapter 11 case, with a view to the successful prosecution of such case; and

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ the law firm of White and Williams LLP as general bankruptcy counsel to represent and assist the Corporation in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Corporation's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of White and Williams LLP; and

**RESOLVED**, that the Authorized Officer be, and hereby is, authorized and directed to employ any other professionals to assist the Corporation in carrying out its duties under the Bankruptcy Code; and in connection therewith, the Authorized Officer is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to or immediately upon the filing of the chapter 11 case and cause to be filed an appropriate application for authority to retain the services of any other professionals as necessary; and

**RESOLVED**, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of the Board of the Corporation, in the name and on behalf of the Corporation, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

**IN WITNESS WHEREOF**, the undersigned, being all the directors of the Company, execute this Certificate of Corporate Resolution as of the date set forth above.

Dated: June 11, 2024                         SOLE DIRECTOR & SHAREHOLDER

*/s/ Paul Vieira*
Paul Vieira

32891287v.2

775 Fourth Properties LLC
2774 Coney Island Ave
1st Floor
Brooklyn, NY 11235

A&J Fire Extinguisher Cor
265 Livingston St, Brooklyn, NY 11217

Able Equipment Rental Inc
1050 Grand Blvd Deer Park, NY 11729

Able Rigging
1050 Grand Boulevard
Deer Park, NY 11729

ACS & Co., LLP
517 Rt. 1 South
Suite 3102
Iselin, NJ 08830

ADT Commercial LLC
6 Skyline Drive
Hawthorne, NY 10532

Ahern Rentals
Ahern Long Island
45 Brook Ave
Deer Park, NY 11729

Apogee Lighting Holdings,
593 Acorn St, Deer Park, NY 11729

Auster Rubber Company
238 N 9th St, Brooklyn, NY 11211

B&B Lightning Protection
47 Virginia Ave, Trenton, NJ 08611

Benfield Control Systems
240 Washington Street

Mount Vernon, NY 10553

Benfield Electric
240 Washington Street
Mount Vernon, NY 10553

Billd Exchange, LLC
3800 N Lamar Blvd #210, Austin, TX 78756

Briscoe Protective LLC
99 Mark Tree Road
Suite 201
Centereach, NY 11720

Cable Technology Laboratories
625 Jersey Ave Unit-14, New Brunswick, NJ 08901

CIT
340 Mt Kemble Ave, Morristown ,NJ 07960

Con Edison
Cooper Station
P.O. Box 138
New York, NY 10276-0138

Cooper Electric
P. O. Box 415925
Boston, MA 02241-5925

D&M Electrical Contractin
90 South Central Ave.
Elmsford, NY 10523

==Daniel Lamothe==

DLL Financial Solutions
8001 Birchwood Court
P.O. Box 2000
Johnston, IA 50131-0020

==E.I.B. Self Bonding Fund==

Eastern High Voltage, Inc
P. O. Box 8481
Trenton, NJ 08650

Elan M&T Credit Card
P. O. Box 790408
Saint Louis, MO 63179

Elektra Federal Credit Un
1124 West 30th Street
#211
New York, NY 10001

Emque Systems Service, In
1025 Old Country Road
Suite 301
Westbury, NY 11590

Faber Industrial Technolo
P. O. Box 2000
Clifton, NJ 07015

First Insurance Funding
P. O. Box 7000
Carol Stream, IL 60197

Ford Transit
P.O Box 6248 DearBorn, MI 48126

Grainger
Dept. 886686418
Palatine, IL 60038-0010

Grant Supplies
39-15 21st Street
Long Island City, NY 11101

Graybar Electric Company
2 Werner Rd
Clifton Park, NY 12065

Hellman Electric LLC
855 Brush Ave.
Bronx, NY 10465

High Voltage Maintenance
1 Penn Plaza
Suite 1500
New York, NY 10119

Internal Revenue Service
P. O. Box 7346
Philadelphia, PA 19114

Interstate Wire Co.
P. O. Box 489
Rockwall, TX 75087

Intralogic Solutions
511 Ocean Ave.
Massapequa, NY 11758

IPFS of New York, LLC
170 Northpointe Parkway
Suite 300
Amherst, NY 14228

Joint Industry Board
158-11 Harry Van Arsdale
Flushing, NY 11365

Lawrence Lowy Associates
113 Dewitt St # 203, Garfield, NJ 07026

Long Island Chapter NECA
200 Parkway Drive South
Suite 101

Hauppauge, NY 11788

Louis Shiffman Electric
542 Wortman Ave, Brooklyn, NY 11208

M&M Electric 401K Profit
7002 Ridge Blvd
Apt F11
Brooklyn, NY 11209

M&T Bank Credit Card
P. O. Box 1302
Buffalo, NY 14240-1302

Mandelbaum Barrett Attorn
3 Becker Farm Road
Suite 105
Roseland, NJ 07068

Marlin Leasing Corporation
P. O. Box 13604
Philadelphia, PA 19101

McMaster-Carr
P. O. Box 7690
Chicago, IL 60680

MJV Electrical Supplies,

MJV/American Express

MKJ Communications, Inc.
850 Third Avenue
Suite 407
Brooklyn, NY 11232

Monarch Electric Company
30 Plymouth St, Fairfield, NJ 07004

Montana Datacom Inc.
9-03 44th Road
Long Island City, NY 11101

National Elect Benefit Fu
Long Island Chapter NECA
200 Parkway Drive South
Hauppauge, NY 11788

NY Dept. of Labor
NY Dept. of Labor
Unemployment Insurance
PO Box 4301
Binghamton, NY 13902-4301

NYC Chapter, NECA
633 Third Avenue Floor 9, New York, NY 10017

NYC Dept. of Finance
59 Maiden Lane
New York, NY 10038

NYS Dept. of Taxation & F
Corp-V
P.O. Box 15163
Albany, NY 12212-5163

Pagnelli Construction Corporation
51 Lawnacre Rd, Windsor Locks, CT 06096

Paul Vieira
2045 Schenectady Ave
Brooklyn, NY 11234-3130

Pawnee Leasing Corporation
700 Centre Ave
Fort Collins, CO 80526-1842

Peckar & Abramson
1325 Avenue of the Americ
10th Floor
New York, NY 10019

Pens Hosp. Benefit Plan


Prudential Retirement
P. O. Box 5610
Scranton, PA 18505-5610

QEI, LLC
45 Fadem Road
Springfield, NJ 07081-1000

Raistone Purchasing LLC
360 Madison Ave
Floor 22
New York, NY 10017-7111

Salmar Properties LLC
P. O. Box 70346
Newark, NJ 07103

Simple Home Concept
28 Florida Avenue1
Commack, NY 11725

Star Capital Group, L.P.
650 Park Ave
Suite 210
King of Prussia, PA 19406

Sterling National Bank
500 Fashion Ave.
3rd Floor
New York, NY 10018-4502

Tanner Bolt & Nut Corp.
P. O. Box 28657
New York, NY 10087

Travelers CL Remittance Center
PO BOX 660317
Dallas, TX 75266-0317

Turtle and Hughes Inc.
1900 Lower Road
Linden, NJ 07036

Utica National Ins. Group
Graphic Arts Mutual Insur
(Marshal's Docket #E3)
Utica, NY 13504

VKC Systems
2 Getty Avenue
Clifton, NJ 07011

West Chester County

XNO Academy Energy Group
106 State St Ste C, Newburgh, Indiana, 47630,