**WHITE AND WILLIAMS LLP**
Heidi J. Sorvino, Esq.
James C. Vandermark, Esq.
Jon T. Powers, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
Tel: (212) 244-9500
Email: sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com
powerst@whiteandwilliams.com

*Proposed Counsel to IDL Communications and Electric, Inc*

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>IDL COMMUNICATIONS AND ELECTRIC, INC.,<br><br>Debtor. | Case No. 24 - 42613 (JMM)<br><br>Chapter 11<br>(Subchapter V) |

**NOTICE OF HEARING ON APPLICATION PURSUANT TO SECTION 327(a) OF THE BANKRUPTCY CODE FOR AN ORDER AUTHORIZING EMPLOYMENT AND RETENTION OF WHITE AND WILLIAMS LLP AS ATTORNEYS FOR THE DEBTOR *NUNC PRO TUNC* TO PETITION DATE**

**PLEASE TAKE NOTICE** that on July 3, 2024, IDL Communications and Electric, Inc. (the "**Debtor**") filed the *Application Pursuant to Section 327(a) of the Bankruptcy Code for an Order Authorizing Employment and Retention of White and Williams LLP as Attorneys for the Debtor Nunc Pro Tunc to Petition Date* (the "**Application**") to request an Order be entered authorizing the Debtor to employ White and Williams LLP as counsel.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Application will be held before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge for the Eastern District of New York, Conrad B. Duberstein Courthouse, 271-C Cadman Plaza East, Brooklyn, NY 11201-

1800 (the "**Bankruptcy Court**"), on **July 24, 2024, at 11:00 a.m.** (prevailing Eastern Time) (the "**Hearing**"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Application and the relief requested therein, if any, must be made in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, and shall be filed with the Bankruptcy Court no later than **July 17, 2024** (the "**Objection Deadline**"), and shall be served so as to be actually received by the following parties by the Objection Deadline:

i. IDL Communications and Electric, Inc. c/o Heidi J. Sorvino, White and Williams LLP, 810 Seventh Avenue, Suite 500, New York, NY 10019;

ii. Office of the United States Trustee, Attn: Marylou Martin, Esq., U.S. Federal Office Building, One Bowling Green, Room 510, New York, NY 10004; and

iii. Subchapter V Trustee, Samuel Dawidowicz, CPA, 215 East 68th Street, Apt. 20M, New York, NY 10065.

**PLEASE TAKE FURTHER NOTICE** that the Hearing will be conducted telephonically or by videoconference and parties wishing to attend and/or participate in the Hearing must register with eCourt Appearances no later than two (2) hours prior to the Hearing. The phone number or video link for the Hearing will be emailed only to those that register with eCourt Appearances in advance of the Hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_hearings@nyeb.uscourts.gov.

[*Remainder of Page Intentionally Left Blank.*]

Dated: July 3, 2024
New York, New York

Respectfully submitted,

**WHITE AND WILLIAMS LLP**

/s/ *James C. Vandermark*
Heidi J. Sorvino, Esq.
James C. Vandermark, Esq.
Jon T. Powers, Esq.
810 Seventh Avenue, Suite 500
New York, NY 10019
Tel: (212) 244-9500
Email: sorvinoh@whiteandwilliams.com
vandermarkj@whiteandwilliams.com
powerst@whiteandwilliams.com

*Proposed Counsel to IDL Communications and Electric, Inc.*